# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>Yuendry Rodriguez Hilario<br><br>*Defendant* | )<br>)<br>) Case No. **8:23MJ1215SPF**<br>)<br>)<br>) |

RCVD USMS M/FL TAMPA<br>2023 MAR 3 AM 9:40

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Yuendry Rodriguez Hilario ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy; Unlicensed firearms dealer; Illegal transfer of firearms; Possession of firearm in furtherance of drug trafficking; Transfer of firearm to commit a felony and/or drug trafficking crime.

In violation of 18 U.S.C. §§ 371, 922(a)(1)(A), 922(a)(5), 924(c), 924(h), 924(o); 26 U.S.C. §§ 5861(d), (e).

Date: 3/3/2023

*Issuing officer's signature*

City and state: Tampa, FL

SEAN P. FLYNN, UNITED STATES MAGISTRATE JUDGE
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 3/3/2023 , and the person was arrested on *(date)* 3/3/2023
at *(city and state)* Clearwater, FL .

Date: 3/3/2023

*Arresting officer's signature*

MATT WIGGINS
*Printed name and title*